446 A.2d 669

Commonwealth v. Henderson, Appellant.

Petition for Allowance of Appeal Denied Dec. 1, 1982.

Argued March 10, 1982. John F. Pyfer, for appellant; Edward F. Browne, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence is affirmed.

446 A.2d 669

Commonwealth v. Hoff, Appellant.

Argued November 18, 1981. Anthony J. Rosini, for appellant; Thomas E. Boop, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.